**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SWCA, INC.,<br><br>    **Plaintiff/Counter-Defendant,**<br><br>v.<br><br>**PSH OKLAHOMA DEVELOPMENT COMPANY, INC.,** *et al*,<br><br>    **Defendants/Counter-Plaintiffs.** | Case No. 25-CV-140-JFH-DES |

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 80] of United States Magistrate Judge D. Edward Snow recommending that Plaintiff/Counter-Defendant SWCA, Inc's Motion to Dismiss [Dkt. No. 44] be denied.  No party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b).  Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of the Court.  On that basis, Plaintiff/Counter-Defendant's Motion to Dismiss [Dkt. No. 44] shall be DENIED.

IT IS SO ORDERED this 23rd day of June 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE